IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL P. ALCARMEN,

    Plaintiff,

v.

JP MORGAN CHASE BANK, et al.,

    Defendants.

No. C 10-05441 JSW

**ORDER SETTING BRIEFING SCHEDULE ON J.P. MORGAN CHASE BANK'S MOTION TO DISMISS**

On January 27, 2011, Defendant JP Morgan Chase Bank re-filed its motion to dismiss, and noticed it for hearing on March 25, 2011. It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due by no later than February 18, 2011, and J.P. Morgan's reply shall be due by no later than February 25, 2011. If either party seeks to modify this briefing schedule, that party must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

    The Court HEREBY ADVISES Plaintiff that if he fails to file a timely opposition, the Court may issue an order to show cause requiring him to show cause as to why this case should not be dismissed for failure to prosecute or why the Court should not grant J.P. Morgan's motion as unopposed.

    Plaintiff is FURTHER ADVISED Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at

415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: January 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOEL P. ALCARMEN,

        Plaintiff,

v.

JPMORGAN CHASE BANK et al,

        Defendant.

                                /

Case Number: CV10-05441 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel P. Alcarmen
28470 Rochelle Ave.
Hayward, CA 94544-5452

Dated: January 28, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3