

1  JOEL P. ALCARMEN
2  28470 ROCHELLE AVENUE
   HAYWARD, CA 94544-5452
3  TELEPHONE: (510) 583-1338

4  JOEL P. ALCARMEN
5  PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL P. ALCARMEN, an individual; | Case No.: 3:10-cv-05441-JSW |
| Plaintiff, | MOTION TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS COMPLAINT AND ORDER Thereon |
| vs. | |
| JPMORGAN CHASE BANK, a National Association f/k/a WASHINGTON MUTUAL BANK; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; CITIBANK, N.A.; and DOES 1 through 50, inclusive, | Judge: The Hon. Jeffrey S. White<br>Date: March 25, 2011<br>Time: 9:00 A.M.<br>Courtroom: 11, 19TH Floor |
| Defendants. | Original Complaint filed: October 21, 2010 |

COMES NOW, Joel P. Alcarmen, Plaintiff in Pro Se, and seeks leave of Court for him to attend the Hearing re: Motion to Dismiss the First Amended Complaint ("Motion"), before the Honorable Jeffrey S. White, currently set for March 25, 2011, at 9:00 a.m. via telephone, as follows:

1. It would be unduly burdensome Plaintiff to travel for the Motion hearing. Plaintiff is suffering from poor health and has recently had a stroke and heart failure.

2. The telephonic appearance of Plaintiff will not prejudice any party and will not hamper the efficient running of the Motion hearing.

3. Therefore, Plaintiff respectfully request leave to allow its him to appear at the hearing via telephone.

4. The telephone number where Plaintiff can be reached at the scheduled time of the appearance is: phone number (510) 376-9023.

Respectfully Submitted:

MARCH 17, 2011          BY:    _____
                               JOEL P. ALCARMEN, IN PRO PER

*Plaintiff's Motion is GRANTED.*

MAR 22 2011
Date

_____
JUDGE JEFFREY S. WHITE

Motion To Appear Telephonically At Motion To Dismiss Complaint -Page 2
(Alcarmen v. JPMorgan Chase Bank et al.) Case No. 3:10-cv-05441-JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOEL P. ALCARMEN,

    Plaintiff,

v.

JPMORGAN CHASE BANK et al,

    Defendant.

Case Number: CV10-05441 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel P. Alcarmen
28470 Rochelle Ave.
Hayward, CA 94544-5452

Dated: March 22, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk